United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 19, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-80362 |
| **ALAN BRUCE MANGHAM,** *et al.*, § | |
| § | |
| Debtors. § | |
| § | |
| § | CHAPTER 13 |

### ORDER SETTING HEARING ON
### MOTION FOR EXTENSION OF THE AUTOMATIC STAY

The Court will conduct an evidentiary hearing on the Debtor(s)' Motion to Extend the Automatic Stay (Docket No. 15) at **12:45 PM on December 23, 2024,** by Telephone and Video Conference. To join by Telephone and Video Conference, see the Court's web page for instructions. Within 2 business days of entry of this Order, the Debtor(s) must provide notice of the hearing and a copy of the motion to all creditors against whom the Debtor(s) seek to extend the automatic stay and file a certificate of service.

Objections to the motion for an extension must be filed within 14 days of service of the notice of hearing. If the hearing occurs prior to the expiration of the 14-day period, objections may be made orally at the hearing.

Local Rule 1007(d) ("Wage Order Rule") requires Debtor(s) who are wage and salary employees to submit a wage order with their proposed plan. Debtor(s) who are not wage and salary employees must submit an electronic funds transfer form. At the hearing, the Debtor(s) will be required to prove compliance with the Wage Order Rule. *If the Debtor(s) have not complied with the Wage Order Rule, the stay will not be extended.*

SIGNED 12/19/2024

_____
Alfredo R Pérez
United States Bankruptcy Judge