IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN RE:

Alan Bruce Mangham and

Iris Annette Rivera

DEBTOR

§
§
§  CASE NO. 24-80362
§  CHAPTER 13
§
§
§

### NOTICE OF HEARING

Please be advised that the Court has set the Debtor's Motion to Extend Automatic Stay for hearing on December 23, 2024 at 12:45 PM, via Telephone and Video Conference. To participate electronically, parties must follow the instructions set forth on Judge Pérez's procedure page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-alfredo-r-perez

Parties are additionally instructed:

a. The dial-in number for hearings before Judge Pérez's is 832-917-1510 and the conference code number is 282694 ; and

b. for video appearances and witness testimony, parties are to utilize the GoToMeeting web-based application and enter conference code: judgerperez

In compliance with B.L.R. 2002(a), the Order Setting Hearing (Document ) is attached to this Notice.

*Visit the court's website for the most up to date information related to phone numbers and links for appearances

In compliance with B.L.R. 2002(a), the Notice of Hearing (Document 15) is attached to this Notice.

Dated: December 19, 2024

                                                Respectfully submitted,

                                                */s/Alan D Borden*
Alan Borden, Esq.
FL Bar No. 58250
Resolve Law Group
801 Travis St Ste 2101.
Houston, TX 77002
Ph. (832) 709-1941
alan@resolvelawgroup.com

ATTORNEY FOR DEBTOR(S)

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Hearing was served on the following parties in interest by First Class Mail, postage prepaid on November 11, 2024 and any creditors on the attached matrix.

U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002

Tiffany D Castro
Chapter 13 Trustee
1220 Augusta Dr Ste 500
Houston, TX 77057


Alan Bruce Mangham and
Iris Annette Rivera
508 Walnut St
Lake Jackson, TX 77566


                                  /s/ *Alan D Borden*
                                  Alan D Borden