| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-3<br>Case 24-80362<br>Southern District of Texas<br>Galveston<br>Thu Dec 19 12:58:45 CST 2024 | 3<br>United States Bankruptcy Court<br>601 Rosenberg St<br>Rm 411<br>Galveston, TX 77550-1738 | 1423 Kipling LLC<br>PO Box 741109<br>Houston, TX 77274-1109 |
| Brazoria County Tax Office<br>1235 North Loop W Ste 600<br>Houston, TX 77008-1772 | Chimefinal<br>Po Box 417<br>San Francisco, CA 94104-0417 | City Auto Sales<br>1007 S Brooks St<br>Brazoria, TX 77422-9215 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, TX 78711-2548 | Ctc Fin Llc<br>12400 Coit Rd<br>Dallas, TX 75251-2054 | Fingerhut<br>Attn: Bankruptcy<br>PO Box 0260<br>Saint Cloud, MN 56395-0260 |
| Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Gold Star Finance, Inc.<br>Attn: Bankruptcy 610 West Main Street<br>Denison, TX 75020-3210 | INTERNAL REVENUE SERVICE<br>P O Box 7346<br>Philadelphia PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lofi Motors<br>4634 Ayers<br>Corpus Christi, TX 78415-1404 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Social Security Admininstration/New York Reg<br>Office Of  Regional Commissioner 26 Fede<br>New York, NY 10278 | Sun Loan #219<br>125 Hwy 332 W Ste B<br>Lake Jackson, TX 77566-4003 | (p)TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Western Shamrock Corporation<br>Attn: Bankruptcy 801 South Abe Street<br>San Angelo, TX 76903-6735 | Wfc<br>Po Box 6429<br>Greenville, SC 29606-6429 |
| Alan Bruce Mangham<br>508 Walnut St<br>Lake Jackson, TX 77566-5662 | Alan D Borden<br>Resolve Law Group<br>801 Travis St Ste 2101<br>Houston, TX 77002-5730 | Iris Annette Rivera<br>508 Walnut St<br>Lake Jackson, TX 77566-5662 |
| Tiffany D Castro<br>1220 Augusta Drive<br>Ste 500<br>Houston, TX 77057-2263 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Jefferson Capital Systems, LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-7999 | TXU Energy<br>PO Box 650764<br>Dallas, TX 75265-0764 | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    0<br>Total                27 |
|---|---|---|