**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

**IN RE:**

**Case No. 24-80362**

**ALAN BRUCE MANGHAM**
**and IRIS ANNETTE RIVERA,**

**Chapter 13**

**Debtors /**

# MOTION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

COMES NOW, the Debtors by and through their attorney, hereby gives notice of the voluntary dismissal of this action, without prejudice.

Alan D. Borden, Esq.
***/s/ Alan D Borden***
Resolve Law Group
dba of The Price Law Group, A.P.C.
Bar No. FL 58250
801 Travis St Ste 2101
Huston, TX 77002
Phone: (832) 709-1941
alan@resolvelawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 11, 2025, a true and correct copy of the above-referenced Motion was electronically noticed and/or mailed via first class mail, postage prepaid to the Debtor(s), Alan Bruce Mangham, and Iris Annette Rivera at 508 Walnut Street. Lake Jackson, TX 77566, the Chapter 13 Trustee, the U.S. Trustee, all attorneys, and parties-in-interest who have requested notices.

Alan D. Borden, Esq.
***/s/ Alan D Borden***
Resolve Law Group
dba of The Price Law Group, A.P.C.
Bar No. FL 58250
801 Travis St Ste 2101
Huston, TX 77002
Phone: (832) 709-1941
alan@resolvelawgroup.com